UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERALD W. HURT,

        Petitioner,             No. C 15-0988 EDL (PR)

    v.                                     **ORDER OF TRANSFER**

ERIC ARNOLD,

        Respondent.
                                                  /

Petitioner, a state prisoner at Solano State Prison, in Vacaville, California, seeks federal habeas review of the execution of his state sentence pursuant to 28 U.S.C. § 2254.[1] In the underlying federal habeas petition, petitioner appears to be challenging the calculation of his sentence.

Venue is proper in a habeas action in either the district of conviction or the district of confinement. 28 U.S.C. § 2241(d). But the district of confinement is the preferable forum to review the execution of a sentence. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because Solano State Prison lies in the Eastern District of California, the court orders that, pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States District Court for the Eastern District of California.

Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California, the district in which petitioner is currently confined. *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(1). The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

---

[1] Petitioner consented to magistrate judge jurisdiction on March 27, 2015.

**United States District Court**
For the Northern District of California

1 | **IT IS SO ORDERED.**
2 | Dated: April 24, 2015.

ELIZABETH D. LAPORTE
United States Magistrate Judge

P:\PRO-SE\EDL\HC.15\Hurt0988.trn.wpd